IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES RAMOS,

    Plaintiff,

vs.    CASE NO.:  6:13-cv-1128-ORL-22KRS

STELLAR RECOVERY, INC.,

    Defendant.
_____/

## NOTICE OF UNAVAILABLITY

YOU ARE HEREBY NOTIFIED that Jared M. Lee will be unavailable from August 12, 2013 through August 16, 2013 due to trial, and respectfully request that no hearings, depositions, motions, notices to produce, interrogatories, pleadings or other papers be filed which require a timely response during this time period; and that all pending matters be abated during this time period.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or for protective order as may be appropriately required for the above reasons

Dated: August 8, 2013

    Respectfully submitted,

/s/ *Jared M. Lee*
_____
JARED M. LEE, Esq.
Morgan & Morgan P.A.
20 N. Orange Ave., 4th Floor
P.O. Box 4979
Orlando, FL 32801
Telephone: 407-418-2038
Fax: 407-245-3484
Email: JLee@ForThePeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 8, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notification to all counsel of record.

/s/ *Jared M. Lee*
JARED M. LEE, Esq.