# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES RAMOS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:13-cv-1128-Orl-22KRS**

**STELLAR RECOVERY, INC.,**

        **Defendant.**

## ORDER TO STRIKE

Upon consideration of the Notice of Unavailability (Doc. No. 4) filed by Plaintiff's counsel, Jared M. Lee, Esq., it is **ORDERED** that the Notice is hereby **STRICKEN**.  The rules of this Court do not provide for filing a Notice of Unavailability as a method to avoid abiding by deadlines and schedules established by the Court or to extend the time for responding to motions.  Counsel may notify opposing counsel of his or her unavailability and request that his or her schedule be accommodated.  With respect to deadlines for filing documents with the Court, attending hearings, or otherwise, counsel must file a motion for an enlargement of time or a continuance of a hearing or deposition date, as appropriate.  It is impractical for the Court to be required to search the docket of each case for notices of unavailability before setting hearings and response deadlines.

Further, a notice of availability cannot serve as "an application and request for continuance, extension of time and/or for protective order," as requested by Attorney Lee, because it was not filed as a motion and it is not supported by a memorandum of law or by a certification of a good faith conference as required by Local Rule 3.01.

Accordingly, counsel may not rely upon the filing of the notice as a basis to excuse his or her appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 8, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE